UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

YANA PASKOVA,

                                      Plaintiff,                    Docket No. 4:20-cv-206

        - against -                                               JURY TRIAL DEMANDED

BLANC MEDIA, LLC

                                      Defendant.

## COMPLAINT

Plaintiff Yana Paskova ("Paskova" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Blanc Media, LLC ("Blanc Media" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the Bulgaria's Rose Festival, owned and registered by Paskova, a professional photographer. Accordingly, Paskova seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Missouri.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Paskova is a professional photographer in the business of licensing her

Photograph to online and print media for a fee having a usual place of business at 687 Bryan

Street, Elmhurst, IL 60126.

6.      Upon information and belief, Blanc Media is a domestic limited liability company

duly organized and existing under the laws of the State of Missouri, with a place of business at

12205 Ewing Avenue, Grandview, MO 64030. Upon information and belief, Blanc Media is

registered with the Missouri Department of Corporations to do business in Missouri. At all times

material, hereto, Blanc Media has owned and operated a Website at the URL:

www.ToolsandToys.net (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Paskova photographed the Bulgaria's Rose Festival (the "Photograph"). A true

and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Paskova is the author of the Photograph and has at all times been the sole owner

of all right, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph was registered with the United States Copyright Office and was

given registration number VA 2-135-715.

**B.      Defendant's Infringing Activities**

11.     Blanc Media ran the Photograph on the Website. See:

http://toolsandtoys.net/editorials/hobbit-vans-architecture-drawings-and-outtakes-of-iconic-hip-hop-photos/. A true and correct copy of the article and a screenshot of the Photograph on the

Website are attached hereto as Exhibit B.

12.     Blanc Media did not license the Photograph from Plaintiff for its Website, nor did Blanc Media have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST BLANC MEDIA)**
**(17 U.S.C. §§ 106, 501)**

13.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.     Blanc Media infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Blanc Media is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     Upon information and belief, the foregoing acts of infringement by Blanc Media have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.      That Defendant Blanc Media be adjudged to have infringed upon Plaintiff's

copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.      Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or

advantages of any kind attributable to Defendant's infringement of Plaintiff's

Photograph;

3.      That Defendant be required to account for all profits, income, receipts, or other

benefits derived by Defendant as a result of its unlawful conduct;

4.      That Plaintiff be awarded punitive damages for copyright infringement;

5.      That Plaintiff be awarded attorney's fees and costs;

6.      That Plaintiff be awarded pre-judgment interest; and

7.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
        February 5, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
      Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Yana Paskova*